UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KWONG HIU YUNG,                      )        Case No.: C 11-01056 PSG
                                     )
                Plaintiff,           )        **ORDER SETTING DEADLINE FOR**
                                     )        **PARTIES TO FILE EITHER A**
        v.                           )        **"CONSENT TO PROCEED BEFORE A**
                                     )        **UNITED STATES MAGISTRATE**
INSTITUTIONAL TRADING                )        **JUDGE," OR ELSE A "DECLINATION**
CORPORATION et al.,                  )        **TO PROCEED BEFORE A UNITED**
                                     )        **STATES MAGISTRATE JUDGE AND**
                Defendants.          )        **REQUEST FOR REASSIGNMENT"**
_____      )

On March 14, 2011, Defendants filed a motion to dismiss this action, which has been assigned to a magistrate judge. As a result, each party was required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than March 21, 2011. *See* Civ. L.R. 73-1(a)(2). None of the parties has either consented or requested reassignment. Therefore,

IT IS HEREBY ORDERED that no later than March 28, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at

ORDER, *page 1*

www.cand.uscourts.gov.

Dated: March 23, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Kwong Hiu Yung
1376 Keenan Way
San Jose, CA 95125-5990

Dated: March 23, 2011

_/s/ Chambers Staff_
Chambers of U.S. Magistrate Judge Paul S. Grewal